UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICIA BORLOGLOU,**

      **Plaintiff,**

v.                                                     Case No:  6:16-cv-1018-Orl-41DAB

**STEAK N SHAKE OPERATIONS, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on U.S. Magistrate Judge David A. Baker's Report and Recommendation (the "R&R," Doc. 13), which recommends that this case be remanded for lack of subject-matter jurisdiction. Removing-Defendant purports to object to the R&R. (*See* Doc. 14).

A district court is required to review *de novo* the objected-to portions of a magistrate judge's recommendation and "may accept, reject, or modify, in whole or in part" the recommendation. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3). For the reasons stated in the July 25, 2016 Order, *Belmonte v. Steak N Shake Operations, Inc.*, 6:16-cv-488-Orl-41KRS (M.D. Fla.) (Doc. 17), Defendant's objections will be overruled.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Objections (Doc. 14) are **OVERRULED**.

3. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida—Case No. 2016-CA-1323-OC.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 5, 2016.



Copies furnished to:

Counsel of Record
Clerk of the Court of the Ninth Judicial Circuit, in and for Osceola County, Florida